(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

*This is the ORIGINAL Copy*

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_7/21/15_                                  _[signature]_
Date                                       Authorized Officer of Institution
                                           **ELLEN ALCHEVSKY**
                                           **SECTION SUPERVISOR**

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

RECEIVED
AUG 17 2015
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

William Mc Whorter
(Enter above the full name of the plaintiff in this action)

: **COMPLAINT**

v.

: Civil Action No. _____
(To be supplied by the Clerk of the Court)

SCO. Roman; Sgt. Krasowski; ▨

▨; Cindy Sweeney; ▨

▨; N.J. D.O.C.;

Northern State Prison; State of New Jersey

(Enter above the full name of the defendant or defendants in this action)

## INSTRUCTIONS -- READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $150.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6. If you cannot prepay the $150.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth below. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

   The Prison Litigation Reform Act of 1996 ("PLRA"), effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of court filing fees for prisoners who are granted leave to proceed in forma pauperis. A prisoner who is granted leave to proceed in forma pauperis is not required to pay the filing fees in advance, but the prisoner is obligated to pay the entire filing fee in installment payments regardless of the outcome of the proceeding. This obligation to pay the filing fee continues even if the prisoner is transferred to another prison. Therefore, before submitting this application to the Clerk of the Court, a prisoner should consider carefully whether he or she wishes to go forward with the action.

   The PLRA obligates prisoners who are granted in forma pauperis status to pay the entire filing fee in the following manner, regardless of the outcome of the litigation. 28 U.S.C. § 1915(b)(1) and (2). The agency having custody over the prisoner shall deduct from the prisoner's institutional account and forward to the Clerk of the Court (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to the prisoner's institutional account each month the amount in the account exceeds $10.00, until the $150.00 filing fee is paid. 28 U.S.C. § 1915(b)(1) and (2). However, a prisoner who has no assets and no means by which to pay the initial partial filing fee will not be prohibited from bringing a civil action. 28 U.S.C. § 1915(b)(4).

   Each prisoner plaintiff who desires to proceed in forma pauperis must submit the following to the Clerk of the Court:

   a. a completed, signed, and dated application to proceed in forma pauperis (attached hereto); and

   b. a certified copy of your prison account statement for the 6-month period immediately preceding submission of this application, listing the account balance and all deposits into the account. A prison account statement must be obtained from the appropriate official of each prison at which you are or were confined during the preceding 6 months.

7. If your application to proceed in forma pauperis does not conform to these instructions, you will be notified by letter of the nature of the deficiencies. If these deficiencies are not cured within 120 days of the date of the letter, the complaint will be deemed withdrawn, the Clerk's file will be closed, and no fees will be assessed against you.

8. If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States

2

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓     42 U.S.C. § 1983 (applies to state prisoners)

   _____ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   _____

2. Previously Dismissed Federal Civil Actions or Appeals

   If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   b. Court and docket number: _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted

3

**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

    d.    Approximate date of filing lawsuit: _____

    e.    Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? __NEW JERSEY STATE PRISON (TRENTON)__

4.    Parties.

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    a.  Name of plaintiff: __William McWhorter__

        Address: __P.O. Box 861 - Trenton, N.J. 08625__

        Inmate #: __536884__

    b.  First defendant -- name: __State of New Jersey (SEE Attached papers for rest)__

        Official position: __State of New Jersey__

        Place of employment: __New Jersey__

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

The state of New Jersey failed to notice the poor running of the Department of Correction in New Jersey, as well as the corruption of Northern State Prison, its officers & staff. This makes them equally responsible for the action &/or non-action of those who work under color of state law.

4

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

    c. Second defendant -- name: _____

       Official position: _____

       Place of employment: _____

       How is this person involved in the case?
          (i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

       _____

       _____

       _____

    d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

    ✓ Yes     ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I've submitted many and sufficient grievances as well as multiple letters to the administration who didn't respond to such thus condoning the actions of their staff. Such actions not only caused me harm but endangered my life, health and well being.

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

5

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

SCO. Roman assaulted & sexually assaulted me as well as threatened my life denied me Medical & Mental health services. Date's 2014 known dates I can't remember last time was between August-September. All happened on 4 wing Ad-seg. Sgt. Krasowski knew what was going on because I told him & he got Mad he allowed Roman to deny me food condoning & participating in the Mistreatment. Cindy Sweeney which is the Administrator or Assistant Administrator I wrote thru regular mail & put a stamp on it. She walked thru Ad seg one day & I asked her if she received my letter she said No. So I gave her a copy I put it in her hands myself & I told her its bigger then whats in the letter but I was scared to put everything for fear of retaliation. So she said I will be walking thru next week see me then, however I endured the Mistreatment for another week, But Mrs. Sweeney never showed up the following week. Place all this took place 4wing Ad Seg Date 2014 Roman & Krasowski violated my religious Beliefs also. Northern State Prison the Most corrupt Prison in New Jersey & hired these people not knowing there ill intentions. I have written complaints against these people enclosed. These people work for the state of New Jersey & so New Jersey hired people they swore to protect society from these people are criminals also!

6

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Sco. Roman & Sgt. Krasowski I want you to have them fired from N.J. D.O.C.; to have them pay me (3) three Million dollars a piece its Negotiable & Apologize to me. Mrs. Sweeney have her pay me (2) two Million dollars its Negotiable & apologize to me. As for Northern State Prison & N.J. DOC have them pay me (10) Ten Million Dollars a piece its Negotiable & closely scan the C.O.'s they hire. The State of New Jersey have them pay me (50) Fifty Million Dollars. This is Negtiable Also.

8. Do you request a jury or non-jury trial? (Check only one)

( ✓ ) Jury Trial  ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of August, 2015.

William Mc Whorter
Signature of plaintiff[1]

---

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.

7

Answers to # 1 on page of the Complaint

How is this person involved in the case?

SCO. Roman, works as a Security Correction officer at Northern State Prison, and "works under color of state law." While in his capacity to protect, secure and maintain order, he is responsible because he purposely violated my body, person and rights while displaying multiple non-policy actions against me. He grabbed my penis and testicles in a sexual manner. When I protested such actions (while hand-cuffed) he cursed at me. I said: I want a Sgt. and that I intend to write this up. "Sco. Roman" summoned fellow officers, who helped him beat me up with kicks, punches and grabs to my private areas. I tried to speak to "Sgt. Krasowski" but he along with "Sco. Roman" and other officers came into my cell and physically assaulted me while saying: So you're going to tell, well lets see how you feel about that after we're done with your ass. And they beat me up again with multiple kicks and punches.

One day I must've had a seizure because I woke up in medical. I called Ombudsman and told them about the "beatings and sexual assaults". A few days later I spoke with "S.I.D." and a couple days afterwards, I was sent to Trenton State Prison. The actions mentioned happened in August and September of 2014. Other actions that happened while at Northern State are, when I'd offer prayer, "Sco. Roman" and "Sgt. Krasowski" would bang on the cell door while I was praying and say: get the fuck up you fake-ass muslim. I would ask to see the psychiatrist, "Sco. Roman" and "Sgt. Krasowski" would say: Kill yourself and save tax payer dollars. When they searched my cell, they'd destroy my canteen and ripped the cord off of my TV. My "Qu'Ran and Prayer Rug" were put in the toilet. "Sco. Roman" and "Sgt. Krasowski" would call me a terrorist. Then they along with other officers would jump me and beat me up. Also when I had seizures Roman would tell me what he done to me like stick his fingers "in my asshole, he would tell me this when I wake up!

1.

William McWhirter
8/10/15

Sco. Roman, cont.

They would get away with it because I was in "cell 26" which is out of the view of the camera(s). I have seizures and was not suppose to be in a blind spot cell but in a cell where I could be seen. <u>Note</u>: Some of the assaults and sexual assaults are on record with Northern State Prison's administration; S.I.D.; Ombudsman and Trenton State Prison's administration. I spoke with "S.I.D." here at Trenton and I'm afraid of retaliation. All that was done is, I was punished. In 2014 I was physically assaulted which led me to a trip to "U.M.D.N.J." in Newark with a dislocated wrist. I was sexually assaulted by "Sco. Roman" who while I was hand-cuffed coming from medical, put his hand down my pants and between my butt crack and fingered my anus.

He then pushed me into my cell and shut the door. I yelled for a <u>Sgt</u>. then "Sco. Roman" told me to shut or next time it will be worse. He that day sexually assaulted me in the Blindspot while I was cuffed. This happened on multiple occasions.
I feared for retaliation before but now that I let this out I don't know what can happen to me.

2.

William McWhorter
8/10/15

Answers to #1 & 2 on page 5 of the complaint

#2. How is this person involved in the case?

Sgt. Krasowski, works as a Correction Officer Supervisor at Northern State Prison and "works under color of state law". While in his capacity to protect, secure and maintain order, he oversees those officers under him. He is responsible for those officers whose actions purposely violated my body, person and rights while displaying multiple non-policy actions against me. He purposely condoned and participated in those non-policy actions by those officers under his charge and command. When I spoke with "Sgt. Krasowski", he said: what do you expect me to do, I'm with them, he then walked away, and he was laughing. The days following, I was denied food, use of the phone as well as incoming and outgoing mail. I did get some legal mail which was during first shift. "Sgt. Krasowski" condoning and participating in multiple non-policy actions puts me in fear for my life.

He along with "Sco. Roman" and others would take me to a blind spot of the cameras and beat me up. "Sgt. Krasowski" and "Sco. Roman" would say loudly: he's having a seizure which I really wasn't. He would watch as "Sco. Roman" sexually assaulted me in the Blindspot as well as in my cell (#26). Sgt Krasowski would participate in the searching of my cell, destroy and eating of my canteen. He would disrespect my religious belief by tossing my "Qu'Ran and Prayer Rug" in the toilet, and then thrown onto the floor of my cell. I requested to speak with their superiors and I was told that they were more superior than I am. I saw administrator "Cindy Sweeney", I told her that I mailed a slip to her which she said that she never received it. I then personally gave her a copy to read. She read it and nothing happened but that night, "Sco. Roman, Sgt Krasowski" and other officers came to my cell to take me to medical but instead, I was taken to a blind spot and they beat me up again. "Sgt. Krasowski" participated and said: If you tell again, it will be worse for you, you terrorist!

William McWhster
8/10/15

1.

Answer to #1 on page 5 of the Complaint

**1. How is this person involved in the case?**

Admn. Cindy Sweeney, being administrator at Northern State Prison, works under color of state law and is equally responsible for the actions and non-actions of those persons working under her and whom she set and obligate to enforce policy. Her failures to follow up and investigate my claims only solidifies the non-policy and common practices displayed by those set forth and mentioned in my claim. Her neglectfulness caused continuous abuse of physical and sexual assaults upon me by those officers whom all work under her command, thus purposely violating my rights. I saw "Ms. Sweeney" and awared her that I mailed her letters of complaint. And that I was wondering whether or not she received any of such, to which she answered No. I then personally gave her a copy of said letter which she read.

"Ms. Cindy Sweeny" was well aware of the events of sexual assaults upon me as well as the physical assaults consisting of beating out of the view of the cameras. Also that, multiple complaints authored by me were sent to her office without response. Her failure to investigate forced me to endure such sexual and physical assaults upon me by her staff. Such actions displayed by her and her staff depicts purposeful intent to not only violate me but my rights also, thus making her equally responsible.

William McWhoter
8/10/15

1.

ANSWERS TO #4-## ON page 5 of the complaint

4. How is this person involved in the case?

NORTHERN STATE PRISON, (NSP), The State of NEW JERSEY and the city of NEWARK allowing NORTHERN STATE PRISON to exist and work as a CORRECTION facility Empowers such to work under color of state law, making "NSP" equally responsible in it's capacity as a Housing/Detention facility for the actions and non-actions of those person whom are also empowered to maintain order, security and protect those persons both confined and working in some sort of working position. Those person owning and/or Responsible for the operating of "NSP" while utilizing it as a facility to confine state prisoners, make "NSP" Equally responsible for the action and non-actions of those employed within. Also for the non-policy actions which are use as common practice procedures.

The policy and procedures allocated to "NSP" being infringed upon by any staff member, depreciates the Rights of those being violated and/or abused. Such actions makes "NSP" equally responsible.

William McWhorter
8/10/15

1-

Answer to # 4-

How is this person involved in the case?

New Jersey Department of Corrections, is responsible for Prison guards in New Jersey; who allowed these same Northern State Prison Guard's to become state officials in N.S.P. o N.J.D.O.C. who works under the color of state law's as equally responsible for the things that happened to me as the ones who done the act there selves. The Admin. Cindy Sweeney who N.J.D.O.C seen fit to hire done nothing to help me after I informed her of being violated at Northern State Prison as well as I did other people who work in the New Jersey Department of Corrections. I'm in jail to pay for the crimes i've done not to be violated by officers of the state that hide under the colors of N.J.D.O.C.

I've been incarcerated since May 21st, 2005 which means i've been locked up over Ten years; this is the first time something this horric has ever happened to me. I can barely sleep because of night mares. Now not only has my mother, my daughter's mother & my daughter been sexually assaulted but I have been too; as a man how can I tell this to my son. By me being under the protection of the New Jersey Department of Correction they are held responsible for me being violated.

William McWhorter
8/10/15

3x

**Northern State Prison-ACSU**
Newark, NJ

Page 1
Chart Summary
January 23, 2014

**WILLIAM MCWHORTER**    Inmate Housing Location: Northern State Prison-ACSU
Male  DOB: 08/03/1973    SBI #: 000760571B    Booking #: 536884

## Patient Information

| | | | |
|---|---|---|---|
| Name: | WILLIAM MCWHORTER | Home Phone: | |
| Address: | NSP-ACSU-4W-111B 10/28/2005, | Office Phone: | |
| Patient ID: | 44274-0356001 | Fax: | |
| Birth Date: | 08/03/1973 | Status: | Active |
| Gender: | Male | Marital Status: | Undetermined |
| Contact By: | | Race: | Black |
| Soc Sec No: | 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 | Language: | |
| Resp Prov: | | Booking #: | 536884 |
| Referred by: | | Emp. Status: | |
| Email: | | Sens Chart: | No |
| Home LOC: | Northern State Prison-ACSU | SBI #: | 000760571B |

## Problems
PSYCHOTIC DISORDER NOS (A1) (DS4-298.9)
? of POSTTRAUMATIC STRESS DISORDER (A1) (DS4-309.81)
PERSONALITY DISORDER NOS (A2)'B' CLUSTER (DS4-301.9)
SEIZURE, GRAND MAL (ICD-345.10)
MYOPIA (ICD-367.1)
ASTIGMATISM (ICD-367.2)
Hx of HYPERTENSION, BENIGN (ICD-401.1)
BLOOD CHEMISTRY, ABNORMAL (ICD-790.99)
Hx of HYPERTHYROIDISM (ICD-242.90)
CONSTIPATION, CHRONIC (ICD-564.09)
OTITIS (ICD-382.9)
Hx of GUNSHOT WOUND ABDOMEN 2003 (ICD-E922.9)
Sx of CHEST PAIN (ICD-786.50)
Hx of GUNSHOT WOUND ABDOMEN & SPINE 2003 (ICD-E922.9)
R/O PNEUMONIA (ICD-486)
Hx of HIP PAIN, RIGHT (ICD-719.45)
RESIDUAL FOREIGN BODY IN SOFT TISSUE METAL RIGHT HIP XRAY (ICD-729.6)
FREQUENCY, URINARY (ICD-788.41)

## Medications
CARBAMAZEPINE ER 400 MG XR12H-TAB (CARBAMAZEPINE) 1 tab po BID x 365 d
    Last Refill: #. x . : Natalia Watkins, APN (08/14/2013)
LISINOPRIL 10 MG TABS (LISINOPRIL) 1 tab po daily x 365 d
    Last Refill: #. x . : Natalia Watkins, APN (08/14/2013)
IBUPROFEN 800 MG TABS (IBUPROFEN) 1 tab bid prn pain
    Last Refill: #/ x 0 : Francis Meo, MD (11/15/2013)
DILANTIN 125 MG/5ML SUSP (PHENYTOIN) 500 mg po qd x 365 days
    Last Refill: #. x . : John Godinsky, MD (11/30/2013)
HYDROCHLOROTHIAZIDE 25 MG TABS (HYDROCHLOROTHIAZIDE) 1 tab po daily x 365 d
    Last Refill: #. x . : Natalia Watkins, APN (03/05/2013)
ABILIFY 5 MG TABS (ARIPIPRAZOLE) Take one tablet HS PO for 60 days
    Last Refill: #. x 0 : Manuel O. Garcia,MD (12/12/2013)
REMERON 30 MG TABS (MIRTAZAPINE) Take one tablet HS PO for 60 days
    Last Refill: #. x 0 : Manuel O. Garcia,MD (12/12/2013)
PHENOBARBITAL 32.4 MG TABS (PHENOBARBITAL) (3 tabs = 97.2mg) PO BID x 180 days

## ADDENDUM TO AFFIDAVIT IN SUPPORT OF PRISONER'S MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES, 28 U.S.C. § 1915 (1996)

Notice to Litigant

The Prison Litigation Reform Act of 1996 ("PLRA"), effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of court filing fees for prisoners who are granted leave to proceed in forma pauperis. A prisoner who is granted leave to proceed in forma pauperis is not required to pay the filing fees in advance, but the prisoner is obligated to pay the entire filing fee in installment payments regardless of the outcome of the proceeding. This obligation to pay the filing fee continues even if the prisoner is transferred to another prison. Therefore, before submitting this addendum to the Clerk of the Court, a prisoner should consider carefully whether he or she wishes to go forward with the action.

The PLRA obligates prisoners who are granted in forma pauperis status to pay the entire filing fee in the following manner, regardless of the outcome of the litigation. 28 U.S.C. § 1915(b)(1) and (2). The agency having custody over the prisoner shall deduct from the prisoner's institutional account and forward to the Clerk of the Court (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to the prisoner's institutional account each month the amount in the account exceeds $10.00, until the $150.00 filing fee is paid. 28 U.S.C. § 1915(b)(1) and (2). However, a prisoner who has no assets and no means by which to pay the initial partial filing fee will not be prohibited from bringing a civil action. 28 U.S.C. § 1915(b)(4).

Each prisoner plaintiff who desires to proceed in forma pauperis must submit the following to the Clerk of the Court:

    a.    a completed, signed, and dated application to proceed in forma pauperis; and

    b.    a certified copy of your prison account statement for the 6-month period immediately preceding submission of this application, listing the account balance and all deposits into the account. A prison account statement must be obtained from the appropriate official of each prison at which you are or were confined during the preceding 6 months.

1